**Wes L. LONG, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7179.

United States Court of Appeals,
Federal Circuit.

March 8, 2004.

Before MAYER, Chief Judge, SCHALL and DYK, Circuit Judges.

#### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.